**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHARGE LION LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**SEMTECH CORPORATION ET AL.,**<br><br>    **Defendants.** | **CIVIL ACTION NO. 6:12-CV-00769-LED-JDL**<br>**LEAD CASE**<br><br>CONSOLIDATED WITH 6:12CV858 |

**ORDER**

Before this Court is Plaintiff Charge Lion, LLC's ("Charge Lion") Unopposed Motion for Dismissal for Lack of Subject Matter Jurisdiction. Having considered all relevant papers, including Charge Lion's most recent Covenant Not to Sue (Dkt. No. 85-1), this Court is of the opinion that the motion should be granted.

Therefore, it is hereby ORDERED that the motion is granted. It is hereby ORDERED that:

   1.    The Court finds that it no longer has subject matter jurisdiction over Charge Lion's claims of infringement of U.S. Patent No. 5,543,702 against Linear Technology Corporation ("Linear").

   2.    All of Charge Lion's claims against Linear in this suit are dismissed with prejudice.

   3.    All of Linear's claims against Charge Lion in this suit are dismissed without prejudice.

4.      The parties shall have 14 days from entry of this Order to file any motion for attorneys' fees pursuant to 35 U.S.C. § 285.  The Court retains subject matter jurisdiction to decide any such motion filed by the parties pursuant to 35 U.S.C. § 285.

It is so Ordered.

**So ORDERED and SIGNED this 5th day of December, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE