**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CHARGE LION LLC,** § | | |
| **Plaintiff,** § | | |
| § | | |
| § | | |
| v. § | Civil Action No. 6:12-cv-858-JDL | |
| § | | |
| § | **JURY TRIAL DEMANDED** | |
| **LINEAR TECHNOLOGY** § | | |
| **CORPORATION,** § | | |
| **Defendant.** § | | |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered on December 5, 2013 (Doc. No. 34), the Court hereby enters Final Judgment.

**IT IS ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims are **DISMISSED** with prejudice in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 18th day of September, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE